# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**Luis Flecha,**

    **Plaintiff,**

    **v.**

**Mike DeWine, *et al.*,**
*in his individual capacity and*
*official capacity as Governor of Ohio,*

    **Defendants.**

**Case No. 2:25-cv-779**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

## ORDER

Luis Flecha ("Plaintiff"), a prisoner proceeding without the assistance of counsel and without the prepayment of fees, alleges that an employee of the Ohio Department of Rehabilitation and Correction ("ODRC") used excessive force against him in violation of the Eighth Amendment. Compl., ECF No. 2. The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e), 1915A, and recommends dismissal for failure to state a claim. R&R, ECF No. 3. Specifically, the R&R concludes that Plaintiff's § 1983 claims against ODRC and his official-capacity claims against Governor Mike DeWine and ODRC Director Annette Chambers-Smith must be dismissed due to sovereign immunity. *Id.* at 5. The individual-capacity claims against Governor DeWine and Director Chambers-Smith, it further concludes, should be dismissed for failure to allege personal involvement. *Id.* at 6.

The R&R advised Plaintiff of his right to object to the recommendation and warned him of the consequences of failing to do so. *Id.* at 7. Although the Court provided significant extra time to account for any delay in the prison mail system, Plaintiff failed to object.

Accordingly, the Court **ADOPTS** the R&R without further review and **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**